Hon. John C. Coughenour
Note For Consideration: December 6, 2013

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WENDY JENDRYSIK,

Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC

Defendant.

Case No. 2:13-cv-00559

DECLARATION OF ANDREW D. SHAFER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT DISMISSING CLAIMS IV AND V

I, Andrew D. Shafer, pursuant to 28 U.S.C. 1746, declare under penalty of perjury, as follows:

1. I am counsel for Defendant Receivables Performance Management in this action. I base this declaration on my personal knowledge.

2. Attached as Exhibit 1 is a true, correct and complete photocopy of the decision of the Superior Court of California for Orange County in Cause No.30-2012-00596110-CU-NP-CXC entitled *Stockwell v. Credit Management, LP*.

3. Attached as Exhibit 2 is RPM's Fed.R.Civ.P 26(a) Initial Disclosure Report.

4. Attached as Exhibit 3 is Plaintiff's Fed.R.Civ.P 26(a) Initial Disclosure Report.

DECLARATION OF ANDREW D. SHAFER - 1
[Case No. 2:13-cv-00559]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 Third Avenue, Suite 2525
Seattle, Washington 98104
(206) 382-2600
FAX (206) 223-3929

5. Attached as Exhibit 4 is RPM's Request for Production No. 6 and Plaintiff's response to Request for Production No. 6.

6. Attached as Exhibit 5 is RPM's Interrogatories 8 and 9 and Plaintiff's responses to the same.

7. As of the date of this Declaration, Plaintiff has not noted any depositions of any of the potential witnesses RPM disclosed on its September 6, 2013 Initial Disclosure of Evidence.

Executed at Seattle this 7th day of November 2013.

_____
Andrew D. Shafer

DECLARATION OF ANDREW D. SHAFER - 2
[Case No. 2:13-cv-00559]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 Third Avenue, Suite 2525
Seattle, Washington 98104
(206) 382-2600
FAX (206) 223-3929