Judge John C. Coughenour

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| **WENDY JENDRYSIK**, | ) | Case No. 2:13-cv-00559-JCC |
| Plaintiff, | ) | |
| vs. | ) | **JOINT STIPULATION OF DISMISSAL OF COUNT V OF PLAINTIFF'S COMPLAINT** |
| **RECEIVABLES PERFORMANCE MANAGEMENT, LLC,** | ) | |
| Defendant. | ) | **NOTE ON MOTION CALENDAR:** November 24, 2013 |

In order to narrow the issues involved and reduce the need to conduct discovery in this matter, the parties hereby stipulate to the dismissal of Count V of Plaintiff's amended complaint. The parties further stipulate that each party will bears its own fees and costs and that Plaintiff's dismissal of Count V shall have no effect on her remaining claims.

Respectfully submitted this Sunday, November 24, 2013.

/s/ Jon Robbins
Jon N. Robbins WSBA#28991
Marshall S. Meyers (*pro hac vice*)
WEISBERG & MEYERS, LLC
Attorneys for Plaintiff

/s/ Andrew Shafer
Andrew Shafer
Simburg Ketter Sheppard & Purdy, LLP
999 3rd Ave
Suite 2525
Seattle WA 98104
ashafer@sksp.com

Joint Stipulation of Dismissal of Count V- 1
Case No. 2:13-cv-00559-JCC

Weisberg & Meyers, LLC
3877 N. Deer Lake Rd
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Andrew Shafer
    Simburg Ketter Sheppard & Purdy, LLP
    999 3rd Ave
    Suite 2525
    Seattle WA 98104
    ashafer@sksp.com

                                        /s/ David McDevitt
                                        David McDevitt

Joint Stipulation of Dismissal of Count V- 2
Case No. 2:13-cv-00559-JCC

Weisberg & Meyers, LLC
3877 N. Deer Lake Rd
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com