Judge John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **WENDY JENDRYSIK**, | Case No. 2:13-cv-00559-JCC |
| Plaintiff, | |
| vs. | **DECLARATION OF MARSHALL S. MEYERS IN SUPPORT OF PLAINTIFF'S BRIEF IN OPPOSITION TO RPM'S MOTION FOR SUMMARY JUDGMENT** |
| **RECEIVABLES PERFORMANCE MANAGEMENT, LLC,** | |
| Defendant. | |

I, Marshall S. Meyers, am counsel for Plaintiff in the above-captioned matter. I state the following on the basis of my personal knowledge of the facts set forth herein:

1. Defendant Receivables Performance Management, LLC ("RPM") produced a number of documents in discovery.

2. RPM produced its Pick Report for Ms. Jendrysik's telephone number as RPM000562-000579. A true and exact copy of that report is attached to this declaration as Exhibit "A."

Declaration of Marshall Meyers- 1
Case No. 2:13-cv-00559-JCC

Weisberg & Meyers, LLC
3877 N. Deer Lake Rd
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

3. RPM produced its Noble Systems Dialer Report for Ms. Jendrysik's telephone number as RPM000580-000581. A true and exact copy of that report is attached to this declaration as Exhibit "B."

4. RPM produced the Preview Dialing manual for its Noble Systems dialer as RPM000170-000177. A true and exact copy of that report is attached to this declaration as Exhibit "C."

5. In *Levy v. Receivables Performance Mgmt., LLC*, No. 11-CV-3155-JFB-ARL (E.D.N.Y. Sept. 23, 2013), plaintiff took the deposition of Christopher Vittoz and filed a partial transcript of the deposition in support of his motion for partial summary judgment.

6. Various excerpts from the transcript of the deposition are attached to this declaration as Exhibit "D."

7. The plaintiff's statement of facts from *Levy* is attached to this declaration as Exhibit "E."

8. RPM's response to the plaintiff's statement of facts in *Levy* is attached to this declaration as Exhibit "F."

9. The plaintiff's motion to compel, filed as a letter motion, is attached to this declaration as Exhibit "G."

10. The plaintiff's motion for contempt, filed as a letter motion, is attached to this declaration as Exhibit "H."

11. The plaintiff's motion for sanctions, filed as a letter motion, is attached to this declaration as Exhibit "I."

Declaration of Marshall Meyers- 2
Case No. 2:13-cv-00559-JCC

Weisberg & Meyers, LLC
3877 N. Deer Lake Rd
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

12. A portion of the plaintiff's opposition to RPM's motion for summary judgment is attached to this declaration as Exhibit "J."

13. RPM produced in discovery the manual for Noble Systems' Dynamic Center Reporter.

14. A portion of the Dynamic Center Reporter Manual is attached to this declaration as Exhibit "K."

15. Prior to RPM filing its motion for summary judgment, the parties scheduled a deposition of Lukasz Wojnowski, RPM's Director of Information Technology to take place on December 13, 2013 at RPM's counsel's office.

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted this Monday, December 02, 2013.

<u>/s/ Marshall S. Meyers</u>
Marshall S. Meyers

Declaration of Marshall Meyers- 3
Case No. 2:13-cv-00559-JCC

Weisberg & Meyers, LLC
3877 N. Deer Lake Rd
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Andrew Shafer
    Simburg Ketter Sheppard & Purdy, LLP
    999 3rd Ave
    Suite 2525
    Seattle WA 98104
    ashafer@sksp.com

                                      /s/ David McDevitt
                                      David McDevitt

Declaration of Marshall Meyers- 4
Case No. 2:13-cv-00559-JCC

Weisberg & Meyers, LLC
3877 N. Deer Lake Rd
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com