# EXHIBIT "D"

EXHIBIT "D"

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

OMER LEVY,                              )
                                        )
        Plaintiff,                      ) No. 11-CV-3155
                                        )
v.                                      )
                                        )
RECEIVABLES PERFORMANCE                 )
MANAGEMENT, LLC,                        )
                                        )
        Defendant.                      )
                                        )
_____

VIDEOTAPED DEPOSITION OF CHRISTOPHER VITTOZ, VOL. I

8:20 a.m.

Thursday, April 12, 2012

Seattle, Washington
_____

Reported by:

Scott Sinclair, CCR
CCR No. 3012
Job Number:  328856



Toll Free: 800.211.DEPO
Facsimile: 206.624.9995

Bank of America Tower, Suite 4200
701 Fifth Avenue
Seattle, WA 98104
www.esquiresolutions.com

Christopher Vittoz - Volume I                          April 12, 2012

                                                                    4

1            BE IT REMEMBERED that on Thursday, April
2       12, 2012, at 15920 West Valley Highway, Seattle,
3       Washington, at 8:20 a.m., before Scott Sinclair,
4       CCR and Notary Public in and for the State of
5       Washington, appeared CHRISTOPHER VITTOZ, the witness
6       herein.
7            MR. MAURO:  Okay.  So this -- my name is Joseph
8       Mauro, and this is the -- I am sitting in the
9       Embassy Suites in Seattle, Washington, and today is
10      April 12th, 2012.  And this is the videotaped
11      deposition of the 30(b)(6) representative, the Rule
12      30(b)(6) representative of Rec- -- Defendant
13      Receivab- -- Receivables Performance Management.
14      The deponent is Christopher Vittoz.  And this --
15      this deposition is being videotaped at all times.
16           The matter is Omer Levy versus Receivables
17      Performance Management in the -- pending in the
18      Federal District Court for the Eastern District of
19      New York under Docket No. CV11-3155.  And I would
20      ask that everybody at the table repre- -- state
21      their name for the record, starting with the
22      witness.
23           THE WITNESS:  Christopher Vittoz.
24           MR. SHAFER:  Andy Shafer, attorney for RPM.
25           MR. MAURO:  I understand that Mr. --



Toll Free: 800.211.DEPO
Facsimile: 206.624.9995

Bank of America Tower, Suite 4200
701 Fifth Avenue
Seattle, WA 98104
www.esquiresolutions.com

Christopher Vittoz - Volume I                         April 12, 2012

                                                                    7

```
 1        Correct?
 2   A.   Yes.
 3   Q.   And did you have an opportunity to review the
 4        deposition notice that -- that I sent out to your
 5        defense counsel?
 6   A.   Yes.
 7   Q.   Okay.  And do you understand the categories of
 8        information that I intend to ask you questions about
 9        today?
10   A.   Yes.
11   Q.   Okay.  And are you -- are you prepared to answer
12        questions on every one of those categories?
13   A.   Yes.
14   Q.   Are you -- are you aware of the lawsuit Omer Levy
15        versus Receivables Performance Management?
16   A.   Yes.
17   Q.   When did you become aware of it?
18   A.   Last year in the middle of the year.  I think July
19        probably, July or August.
20   Q.   Okay.  And did -- you obviously prepared for the --
21        for the deposition here today.  Correct?
22   A.   Uh-huh.
23   Q.   And you've read through what information RPM has
24        regarding the case.  Correct?
25   A.   Yes.
```



Toll Free: 800.211.DEPO
Facsimile: 206.624.9995

Bank of America Tower, Suite 4200
701 Fifth Avenue
Seattle, WA 98104
www.esquiresolutions.com

Christopher Vittoz - Volume I					April 12, 2012

170

1        the Telephone Consumer Protection Act?
2    A.  Yes.
3    Q.  Do you know how many times?
4    A.  I don't.  I don't know.
5    Q.  Has -- after January of 2011, has RPM been sued for
6        violating the -- the Telephone Consumer Protection
7        Act?
8    A.  I believe so, yes.
9    Q.  And in -- in the calendar year 2012, has RPM been
10       sued for violating the Telephone Consumer Protection
11       Act?
12   A.  I don't know.
13   Q.  How did you create -- well, withdrawn.
14       The -- the Noble call list, what document is
15       that?
16   A.  This one?
17   Q.  Yeah.
18   A.  You're talking about this document?
19   Q.  Yes.  I'm referring to Plaintiff's Exhibit Number 4.
20       Is it fair to say that that's a call history report
21       created in the -- in the Noble dialer system?
22   A.  Yes.
23   Q.  Okay.  And it was created by RPM?
24   A.  Well, it's created by the Noble system, you know,
25       based on activity that RPM did.



Toll Free: 800.211.DEPO
Facsimile: 206.624.9995

Bank of America Tower, Suite 4200
701 Fifth Avenue
Seattle, WA 98104
www.esquiresolutions.com

171

```
 1   Q.   Okay.  So the Noble system is in a computer at RPM.
 2        Correct?
 3   A.   Yes, yes.
 4   Q.   And some -- did -- is it fair to say that somebody
 5        at RPM created that call history report?
 6   A.   Yes.
 7   Q.   Do you know who?
 8   A.   No.
 9   Q.   Is there a legal compliance -- withdrawn.
10             Is -- is there a lawyer on staff at RPM?
11   A.   No.
12   Q.   Is there anybody who is in charge of interpreting
13        the Telephone Consumer Protection Act?
14   A.   I guess it would be, you know, compliance, our
15        compliance department.
16   Q.   RPM is a debt collector.  Correct?
17   A.   Correct.
18   Q.   Do you have any -- any evidence to suggest that --
19        that Omer Levy's account was something other than a
20        consumer account?
21   A.   No.
22   Q.   Okay.  And just so we're clear, I believe we covered
23        this earlier, but this is important.  The defendant
24        RPM, is it fair to say that the defendant RPM does
25        not have any definitive evidence that Omer Levy
```



Toll Free: 800.211.DEPO
Facsimile: 206.624.9995

Bank of America Tower, Suite 4200
701 Fifth Avenue
Seattle, WA 98104
www.esquiresolutions.com

Christopher Vittoz - Volume I                                April 12, 2012

172

1         consented to be called on his cellular phone?
2    A.   Definitive, no.  Just the note lines in the file.
3    Q.   Okay.  Those are the only -- that's the only pieces
4         of evidence, and we've already spoken about those
5         earlier.  Right?
6    A.   Yes.
7    Q.   Okay.  So look -- looking at the -- the Plaintiff --
8         Plaintiff's Exhibit 1, the collection notes, every
9         time that we see in the "who" column NOB, does that
10        refer to the Noble dialer?
11   A.   Yes.
12   Q.   Okay.  Now, every time that the -- withdrawn.
13            Okay.  Every time that we see the initials or
14        the letters RTP, does it stand for refuse to pay?
15   A.   Yes.
16   Q.   And does refuse to pay -- what does refuse to pay
17        mean in -- in -- in the parlance of RPM?
18            MR. SHAFER:  I'm going to object to form.
19   Q.   Okay.  What do you understand the RTP in these notes
20        means?
21            MR. SHAFER:  Object to form.  There's been a
22        change over time, Counsel.
23            MR. MAURO:  Thank you.
24   BY MR. MAURO:
25   Q.   The time of July 2010 through January of 2011, what



Toll Free: 800.211.DEPO
Facsimile: 206.624.9995

Bank of America Tower, Suite 4200
701 Fifth Avenue
Seattle, WA 98104
www.esquiresolutions.com

                                                                       176

1  Q.  Let -- let me just get the question out.
2  A.  Sorry.
3  Q.  No problem.
4      Has DNC always meant the same thing in the
5      collection notes of RPM?
6  A.  Yes.
7  Q.  So whenever you see DNC in the collection notes of
8      RPM, the system would have terminated all further
9      calls to a consumer.  Correct?
10 A.  Correct.
11 Q.  Okay.  Now, at some point in these notes where we --
12     where we see the abbreviation that says MRR in the
13     action column.  Do you see that?
14 A.  Yes.
15 Q.  Okay.  What -- what does that stand for?
16 A.  Mister at residence.
17 Q.  All right.  Now, I understand that that mean -- that
18     that -- and please correct me if I'm wrong, but I
19     understand that the action column -- withdrawn.
20     Is it true that a collector can manually enter
21     MRR into the action column?
22 A.  Yes.
23 Q.  And is it also true that the dialer sometimes adds
24     MRR into the action column?
25 A.  No.



Toll Free: 800.211.DEPO
Facsimile: 206.624.9995

Bank of America Tower, Suite 4200
701 Fifth Avenue
Seattle, WA 98104
www.esquiresolutions.com

Christopher Vittoz - Volume I                           April 12, 2012

                                                                    186

```
 1   A.   Correct.
 2   Q.   So it is only when a person enters the DNC that the
 3        calls are all shut down?
 4   A.   Correct.
 5   Q.   When a consumer informs RPM that the consumer is
 6        considering suing RPM, does RPM consider that as a
 7        request not to be called any longer?
 8   A.   That's how I would prefer that our reps handle that,
 9        yes.
10   Q.   Uh-huh.  Is it -- is that the policy --
11   A.   Yes.
12   Q.   -- of RPM?
13   A.   Yes.  They should actually put in a different code
14        than DNC, but it has the same effect.  COMP is the
15        policy.  That's what they should put in, complaint,
16        if there's any sort of complaint of any nature.
17   Q.   Okay.  Was that the policy of RPM from July of 2010
18        through January of 2011?
19   A.   Yes.
20   Q.   So if a -- if a consumer tell -- told a
21        representative of RPM during that time period that
22        the consumer was considering suing RPM, it was the
23        policy of RPM to stop calling the consumer?
24   A.   Yes.
25   Q.   Did -- did Omer Levy do that?
```



Toll Free: 800.211.DEPO
Facsimile: 206.624.9995

Bank of America Tower, Suite 4200
701 Fifth Avenue
Seattle, WA 98104
www.esquiresolutions.com

```
AccuTerm Screen Print - Desi Nichols (dsn) on rpm at port 48 (1)   16:27:38 05 Jul 2011
07:28PM*                                                                      07-05-11
  1 debtor... 22089481           7 bday....05-20-76      13 baldue       0.00
  2 name..... LEVY, OMER         8 sbday...              14 dsk days    998 0
  3 spouse...                    9 ssn.......7928        15 contacts      24
  4 addr..... 186 AVENUE V      10 sssn....               16 mailret mc mana
  5 zip...... 11223 Brooklyn, NY 11 status..CAN-1        17 score.. 530
  6 email....                   12 note....see notes

 20 no who  s ...dates times acti resu fc ft ...dates comments.................
    222 AWC * 11-27-10 14:55 mrr  rtp  F  10 11-30-10 claims has atty is going to
    287 kck   12-31-10 08:15 mrzc hu   f  10 12-31-10 z ci id'd z he immed ask me
    319 dsn   07-05-11 16:27 rltr legl d  00 07-06-11 rcvd copy of draft complaint
                                 Phones
 No ptype pstat phones...... phone.comments................ src.. who ...pdate
L 1 hm    dnc   646.286.4424 good z ### ci                  tucp  dsn 07-05-11
L 2 wk          ...
L 3 swk         ...
L 4 atty        ...
L 5

Enter FIELD or LINE NUMBER to change or FUNCTION (? for help):
```

5



EXHIBIT 1
4-11-12

```
AccuTerm Screen Print - Desi Nichols (dsn) on rpm at port 48 (1)    16:27:43 05 Jul 2011
07:28PM*      1 of 1              Debt Details                              07-05-11

 1 DEBT...... 25629430              15 CRED.CLASS unk
 2 CLIENT.... 10032 Main Street Acquisi 16 LC.DATE... 07-14-10
 3 CREDITOR.. Ameritech Gold MasterCard 17 LISTED.... 07-14-10
 4 TYPE...... OA                    18 HOLD.DATE.
 5 DEBTOR.... 22089481 LEVY OMER    19 STATUS.... CAN
 6 NAME...... LEVY, OMER            20 FACE.AMT..
 7 SPOUSE....                       21 ..........  Orig Amts    Bals Due
 8 ADDR...... 186 AVENUE V          22 PRINCIPAL.   3,341.11    3,341.11
 9 ZIP....... 11223 Brooklyn, NY    23 RETURN.FEE       0.00        0.00
10 DUP.CODE..                       24 OTHER.AMT.       0.00        0.00
11 COMM.RATE. 34.00                 25 INTEREST..     327.10      478.70
12 BANK......                       26 LEGAL.COST       0.00        0.00
13 ORIG.CR.NO 5408010029942782      27 DAMAGES...       0.00        0.00
14 CHECK.NO.. ref# 11010376         28 TOTALS....   3,668.21    3,819.81

      Notices
 No DNS..... DN.DATES
L 1 msa      07-16-10

    Change:     <==
                                   ****  This is the last debt!! ****
S/W: 2=Notices 3=Phones & ID 4=Payments 5=Credit Bure 6=ACH 7=Notes
```

```
AccuTerm Screen Print - Desi Nichols (dsn) on rpm at port 48 (1)    16:28:46 05 Jul 2011
07:29PM*                              Phones                                  07-05-11
debtor:22089481


 No ptype pstat phones...... phone.comments.................. src.. who ...pdate
  1 hm    dnc   646.286.4424 good z ### ci                    tucp  dsn 07-05-11
  2 wk                ...
  3 swk               ...
  4 atty              ...
  5




   Line No. (1-5):       <==

 S/W: 2=Phones 3=Actions 4=Notes 5=Payment  6=Emp Addr 7=Other Ad 8=FACT rpt
```

7

```
AccuTerm Screen Print - Desi Nichols (dsn) on rpm at port 48 (1)    16:28:52 05 Jul 2011
07:29PM*                              Notices                              07-05-11
DEBT:25629430


No  DNS.....  DN.DATES
 1  msa       07-16-10
 2  msaglb    07-16-10
 3  msahso    08-08-10
 4




   Line No. (1-4):       <===

S/W: 2=Notices 3=Phones & ID 4=Payments 5=Credit Bure 6=ACH 7=Notes
```

8

```
AccuTerm Screen Print - Desi Nichols (dsn) on rpm at port 48 (1)    16:30:23 05 Jul 2011
show.actions.debtor:    as of 16:29:37 05 Jul 2011                              page 1
all actions for 22089481 LEVY, OMER                                                 dsn

who.    date      time. action result  fc    fdate     comment........................

sys    01-18-11  15:36 nc      can      d    01-18-11  debt canceled: cc
Nob    01-18-11  05:06 res     rec      F    01-19-11  646.286.4424 no msg left
nec    01-17-11  09:32 PAA     HU       f    01-17-11  Z HU
nec    01-17-11  09:30 paa     hu       f    01-17-11  z hu
Ayp    01-17-11  07:42 res     na       f    01-18-11  646.286.4424 no ans
Mit    01-17-11  07:00 res     hux      F    01-18-11  646.286.4424 hup xfer
ldk    01-17-11  06:54 PAA     HU       f    01-17-11  Z HU
Mca    01-17-11  06:22 res     na       f    01-18-11  646.286.4424 no ans
Gct    01-17-11  06:08 res     bz       F    01-18-11  646.286.4424 busy
Mtw    01-16-11  06:59 res     hux      F    01-17-11  646.286.4424 hup xfer
Mra    01-15-11  08:01 res     na       F    01-16-11  646.286.4424 no ans
Ssg    01-14-11  06:01 res     hux      F    01-15-11  646.286.4424 hup xfer
Gct    01-13-11  05:35 paa     hu       F    01-14-11  646.286.4424 hung up
Dbk    01-13-11  05:11 paa     hu       F    01-14-11  646.286.4424 hung up
Gct    01-12-11  05:45 paa     hu       F    01-13-11  646.286.4424 hung up
Sab    01-12-11  05:23 res     hux      F    01-13-11  646.286.4424 hup xfer
Nob    01-11-11  14:01 res     hdrp     F    01-12-11  646.286.4424 hold drop
Gct    01-11-11  05:46 paa     hu       F    01-12-11  646.286.4424 hung up
Stp    01-11-11  05:25 res     rec      F    01-12-11  646.286.4424 ans machine
```

9

```
AccuTerm Screen Print - Desi Nichols (dsn) on rpm at port 48 (1)    16:30:25 05 Jul 2011
show.actions.debtor:    as of 16:31:02 05 Jul 2011                              page 2
all actions for 22089481 LEVY, OMER                                                dsn

who.   date     time. action result fc   fdate    comment.......................

Nob   01-10-11 11:20 res    rec    F   01-11-11 646.286.4424 no msg left
Mit   01-09-11 09:54 res    hux    F   01-10-11 646.286.4424 hup xfer
Nob   01-09-11 07:06 res    rec    F   01-10-11 646.286.4424 ans machine
Nob   01-08-11 10:04 res    na     F   01-09-11 646.286.4424 no ans
Npe   01-07-11 07:00 res    hux    F   01-08-11 646.286.4424 hup xfer
Mmp   01-07-11 06:18 res    rec    F   01-08-11 646.286.4424 ans machine
Dbk   01-06-11 05:04 res    hux    F   01-07-11 646.286.4424 hup xfer
Wms   01-05-11 13:59 res    hux    F   01-06-11 646.286.4424 hup xfer
Roa   01-04-11 05:01 paa    hu     F   01-05-11 646.286.4424 hung up
Sab   01-03-11 13:59 res    lmtc   F   01-04-11 646.286.4424 left msg
Nob   01-02-11 07:13 res    hdrp   F   01-03-11 646.286.4424 hold drop
sys   01-02-11 00:46 nc     bp     f   01-02-11 broken promise
kck   12-31-10 08:15 mrzc   hu     f   12-31-10 z ci id'd z he immed ask me to
                                                hold.......put me on perma hold
Nob   12-31-10 07:30 res    rec    F   01-01-11 646.286.4424 ans machine
Sab   12-30-10 06:37 paa    hu     F   12-31-10 646.286.4424 hung up
Dbk   12-29-10 05:13 paa    hu     F   12-30-10 646.286.4424 hung up
Nob   12-28-10 10:57 res    rec    F   12-29-10 646.286.4424 ans machine
Sab   12-28-10 06:47 paa    hu     F   12-29-10 646.286.4424 hung up
```

**10**