# EXHIBIT "F"

EXHIBIT "F"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMER LEVY,<br>　　　　　　　Plaintiff,<br>vs.<br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC.<br>　　　　　　　Defendants. | Docket No. 11-cv-3155 |

## RESPONSE TO PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS

1. This defendant does not dispute that the Court has jurisdiction.

2. This defendant does not dispute this fact.

3. This defendant does not dispute this fact.

4. This defendant does not dispute this fact as phrased.

5. This defendant disputes this fact as plaintiff has not presented any independent evidence of what he told Household Bank other than what he supplied in Affidavit accompanying motion for summary judgment.

6. This defendant disputes this fact as plaintiff has not presented any independent evidence of what he told Main Street Acquisition other than what he supplied in Affidavit accompanying motion for summary judgment.

7. This defendant disputes this fact. (See plaintiff's Exhibit E, deposition of defendant's Rule 30(b)(6) deposition witness, Chris Vittoz, T49:15-21, T60:19 to 61:25).

8. This defendant does not dispute this fact.

9. This defendant disputes this fact. (See plaintiff's Exhibit E, T49:15-21, T60:19 to 261:25).

10. This defendant does not dispute this fact.

11. This defendant does not dispute this fact.