# EXHIBIT "K"

# Dynamic Center Reporter

CUSTOMER CONTACT TECHNOLOGIES



**User Manual**
**Version 4.1**

**∴ NOBLE SYSTEMS**

RPM00208

RPM00209

# DCR User Manual

## User Manual

## Last Revised August 4, 2006

This document is an unpublished work protected by the United States copyright laws and is proprietary to Noble Systems, Inc. Disclosure, copying, reproduction, merger, translation, modification, enhancement, or use by anyone other than authorized employees, clients or licensees of Noble Systems and its affiliate companies, without the prior written consent of Noble Systems, Inc., is prohibited. This document has not been reviewed by legal as of 8/4/06.

**Copyright © 2006 Noble Systems, Inc. All rights reserved.**

All company, product, and service names may be trademarks or registered trademarks of their respective owners.

*For Internal and Client Use*



# Introduction

## *Overview*

### Product Description

The Noble Systems Dynamic Center Reporter is an easy-to-use graphical reporting tool. It allows managers to run sophisticated call center reports in Visual Basic or Excel without the use of complex programming. DCR is fully integrated with the Noble Systems Informix Relational Database and is integrated with core Noble Systems software telephony functions.

### Reporting Features

The DCR application provides the following reporting features:

- On-line reporting tools.
- Real-time agent statistics.
- Agent disposition codes.
- Agent hours.
- General and detailed agent reports.
- Dropped calls.
- Agent and non-agent specific callbacks.
- Inbound calls.
- Outbound calls.
- List Status.
- IVR Statistics.
- Call History.
- Campaign.
- Penetration.
- Telephony Statistics

### Admin Features

DCR provides the following administration features:

- View and monitor agent stations in real-time.
- Agent and campaign detail comparison.
- Agent alert configuration.
- Group management.
- List assignments.
- Phone line assignments.
- Station assignments.
- Data import.
- IVR creation and maintenance.
- Real-time phone line statistics.
- FTP and VOX file maintenance and configuration.
- User and group access privileges and policies.
- DRS playback.
- QA script creation and management.
- FTC lockdown and call pacing.
- Campaign setup.
- Status Code maintenance.

*Continued on next page*

RPM00228

*Notes*

## Overview, *Continued*

**Admin Features,** continued
- Error tracking and logging.
- Agent setup.
- Transfer setup.
- Custom Program setup (user menu).

**System Requirements**

The system requirements for using DCR are specified in the following document:

> *F-NSC-0008 Noble Systems System Specifications Document.doc*

Contact your Noble Systems representative if you have any questions regarding the system requirements for DCR.

 **Note:** *You should not attempt to install DCR 4.1 on any system that does not meet the above requirements. You should also make sure Windows is completely up to date on your computer. You can activate Windows' Auto Update feature to have your computer automatically download and install the latest Windows updates.*

**Noble Software Requirements**

In order to use DCR 4.1, you must have the following Noble software installed.

- Noble database 3088 or higher.
- Appserver 196 or higher.
- Axserver 203 or higher.
- Scheduler 3973 or higher.
- Dialer 1413 or higher.
- Noble ODBC driver version 12 or higher.

**FTC Compliance**

Noble Systems has fully tested the software for operation within FTC guidelines as described in this document. However, Noble Systems cannot test every possible way a client may use the software and the final responsibility for FTC compliance rests with the client. Clients must *daily* review their FTC reports and immediately notify the director of Noble Systems support if they observe any non-compliance. This allows the appropriate Noble personnel to diagnose and correct the software so that the client remains in compliance.

RPM00229

*Notes*

# Getting Started, *Continued*

**Enable Multilist**

If you are a multilist site, you will need to enable multilist for DCR by adding the multilst option to the DCR shortcut.

To add the multilist option, follow the steps outlined below.

| Step | Action |
|---|---|
| 1. | Right-click the DCR icon on your desktop. |
| 2. | Choose *Properties* from the pop-up menu. Windows displays the Properties box for the DCR shortcut.  |
| 3. | Place the cursor at the end of the *Target* field. |
| 4. | Enter a space and type *multilst*. |
| 5. | Click *OK*. |

**DSN Setup**

Before you can use DCR, you need to set up a system DSN for it. This allows applications, such as Excel, to communicate with the Noble database.

Follow the steps outlined below to set up a system DSN. These steps are for Windows XP. The steps for other versions of Windows may vary slightly.

| Step | Action |
|---|---|
| 1. | Display the Control Panel window. |
| 2. | Click the Administrative Tools icon (⚙). |

*Continued on next page*

RPM00239

*Notes*

## Getting Started, *Continued*

DSN Setup,
continued

| Step | Action |
|---|---|
| 3. | Click the Data Sources (ODBC) icon (). Windows displays the ODBC Data Administrator dialog, shown below.  |
| 4. | Click the System DSN tab. |
| 5. | Click *Add…* |
| 6. | Select the Noble Systems ATOMIX Driver from the list and click *Finish*. Windows displays the ODBC Setup dialog. |
| 7. | Fill out the fields on the ODBC Setup dialog with the following information:<br><br>**Data Source:** Your site code<br>**Database:** /usr/task/task<br>**Host:** Your site code<br>**Port:** 20220<br>**Timeout:** 15<br><br>When you are finished, the dialog should look similar to the one shown below. |

*Continued on next page*

RPM00240