Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY JENDRYSIK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>　　　　　Defendant. | Case No. 2:13-cv-00559<br><br>DECLARATION OF DARRIN BIRD |

I, Darrin Bird, under penalty of perjury, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am the Chief Operating Officer and Executive Vice President of Global Connect, Inc.

2. I am competent and authorized to testify to the matters set forth in this declaration and have personal knowledge of the facts stated in this declaration.

3. As the Chief Operating Officer of Global Connect, Inc., I oversee the dialing processes of Global Connect, Inc., including the dialing

processes associated with Receivables Performance Management, LLC, ("RPM"), a defendant in the above-captioned matter.

4.      I am familiar with, and have first hand knowledge of, the dialing technology employed in Global Connect, Inc.'s ("Global Connect") system.

5.      RPM is a client of Global Connect.

6.      Global Connect is a vendor that provides a software-based dialing platform for its clients, including RPM.

7.      Global Connect uses its own proprietary dialing software to assist clients, such as RPM, to place calls to consumers from whom RPM, presumably, is attempting to collect debt.

8.      Global Connect's proprietary software does not employ a random or sequential number generator, which is industry parlance is a computer program that has the capacity to dial numbers at random (randomly combining digits 0 through 9 in ten positions) or sequentially (starting with 0000 and ending with 9999, when applied to an area code and dialing area prefix).  Because Global Connect does not randomly or sequentially dial numbers, when we designed our software, Global Connect deliberately elected not to incorporate a random or sequential number generator.

9.      Global Connect's system not only does not dial numbers randomly or sequentially using a random or sequential number generator, it lacks the capacity to do so.

10. Global Connect provided call placement services for RPM since 2007.

11. Our records show that RPM place calls utilizing Global Connect's platform to the phone number 808-747- 1884 for the first time on December 22, 2012 and the last time on March 11, 2013. Global Connect has produced RPM call logs showing that RPM placed calls utilizing Global Connect's platform to the phone number 808-747- 1884 a total of 11 times during this period, with one dial being a busy signal.

Executed at 5218 Atlantic Avenue, Suite 300 Mays Landing New Jersey this 18th day of November 2013.

_____
DARRIN BIRD